IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

TERESA A. CLAYBORN                                                                                    PLAINTIFF

v.                                        Case No. 3:11-CV-03051

MICHAEL J. ASTRUE, Commissioner
Social Security Administration                                                                        DEFENDANT

**J U D G M E N T**

Currently before the Court is the Report and Recommendation (Doc. 8) dated July 16, 2012, by the Honorable Erin L. Setser, United States Magistrate Judge for the Western District of Arkansas. The objection period has passed without objections being filed by either party.

The court has reviewed this case and, being well and sufficiently advised, finds that the Report and Recommendation is proper and should be and hereby is **ADOPTED IN ITS ENTIRETY**. Accordingly, the decision of the Administrative Law Judge is **AFFIRMED**. Plaintiff's Complaint is **DISMISSED WITH PREJUDICE**.

IT IS SO ORDERED this 14th day of September, 2012.

*/s/ P. K. Holmes, III*
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE